# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAREN HALL,**

Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and
**KARETTA WYATT,**

Appellees.

No. 4D22-2446

[March 16, 2023]

Appeal from the State of Florida, Department of Revenue, Child Support Enforcement, L.T. Case No. 1318662443.

Daren Hall, West Palm Beach, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue, Child Support Enforcement.

PER CURIAM.

*Affirmed.*

WARNER, GERBER, and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***